

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Dayne Alexander

                        **Plaintiff,**

                  V.

United States of America, Muscle Dynamics Corporation, Oscar Leon, and Does 1 through 20

                        **Defendant.**

**Civil Action No.** 14-cv-00137-W-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:
This case is Dismissed Without Leave to Amend.

Date: 5/5/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ V. Mosqueda
                        V. Mosqueda, Deputy